IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HJALMAR RODRIGUEZ, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 7:24-cv-25-WLS-AGH |
| : | |
| Warden JACOB BEASLEY, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

Defendant Raymond Moody filed a Notice of Stay (ECF No. 25), concerning a Chapter 11 bankruptcy petition filed by Wellpath, LLC in the United States Bankruptcy Court for the Southern District of Texas. *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 11, 2024). Defendant Moody attached an order issued by the Southern District of Texas enforcing an automatic stay in all lawsuits "in which a Debtor is named as one of the defendants therein." Am. Interim Order 1 n.3, *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 12, 2024), ECF No. 69. In addition to enforcing the automatic stay of claims against a Debtor, the Southern District of Texas also stayed claims against "Non-Debtor Defendants" such as Defendants Bradford and Shores. *Id.* at 2. Moreover, although the automatic stay does not extend to the remaining Defendants, the Court finds that the necessity of avoiding inconsistent results and promoting judicial economy justify staying the case as to them also. *See Gulfmark Offshore, Inc. v. Bender Shipbuilding & Repair Co., Inc.*, No. 09-0249-WS-N, 2009 WL 2413664, at *3 (S.D. Ala. Aug. 3, 2009) (extending stay to non-debtor defendants "pursuant to the inherent powers of the

Court, and in furtherance of the interests of judicial economy, consistency and justice, even in the absence of a § 362(a) stay of the claims against the [Defendants]"); *Clinton v. Jones*, 520 U.S. 681, 683 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

Therefore, in accordance with 11 U.S.C. § 362(a), it is **ORDERED** that this case be **STAYED** as to **ALL DEFENDANTS**. Counsel for Defendant Moody is **ORDERED** to provide a status report regarding the bankruptcy stay and related proceedings by **March 10, 2025**, and every thirty days thereafter until the stay is lifted.[1]

**SO ORDERED**, this 10th day of January, 20325.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a motion seeking leave to file an amended complaint (ECF No. 36), and a motion for a temporary restraining order and preliminary injunction (ECF No. 24), and Defendants Beasley, Emmons, Searcy, and Newsom have filed a motion for an extension of time to file answers (ECF No. 37). Those motions (ECF Nos. 24, 36, 37) are **terminated**. The Court will set new deadlines for filing of said motions upon lifting of the stay.