IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HJALMAR RODRIGUEZ, JR., | : |
| Plaintiff, | : |
| v. | : Case No. 7:24-cv-25-WLS-AGH |
| Warden JACOB BEASLEY, *et al.*, | : |
| Defendants. | : |

**ORDER**

On January 10, 2025, the Court stayed this case due to a bankruptcy petition filed by Wellpath, LLC ("Wellpath") (ECF No. 38).  On May 1, 2025, the United States Bankruptcy Court for the Southern District of Texas confirmed Wellpath's Chapter 11 bankruptcy plan.  *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. May 1, 2025).  Consequently, the stay in this case is **LIFTED**.[1]  The Court further **ORDERS** that:

1. For purposes of efficiency, the Court consolidates Defendants' deadlines as follows: Defendants shall file their respective answers or other responsive pleadings under Rule 12 within fourteen (14) days. Discovery shall begin on July 18, 2025, and shall run for a period of ninety (90) days as outlined in the Court's Order Directing Service (ECF No. 15) unless a stay of discovery is sought by motion.

---

[1] The Court **grants** Plaintiff's motion to lift the stay in this case (ECF No. 45) to the extent that he seeks to have the stay in this case lifted.   As a result, the Court does not address Plaintiff's arguments in support thereof.

2. The parties shall have thirty (30) days after the close of discovery to file dispositive motions;

3. Defendant Raymond Moody shall file a report with the Court by August 20, 2025, as to the effect of the bankruptcy court's confirmation order on Plaintiff's claims;

4. R. Wells Littlefield, III, and Tiffiny Montenegro's motions to withdraw as counsel (ECF Nos. 50, 51) for Defendant Raymond Moody are **GRANTED**.[2]

**SO ORDERED**, this 3rd day of July, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court will address Plaintiff's motion to appoint counsel (ECF No. 42) by separate order.